```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FINGER LAKES BOTTLING CO. INC.,              :        09 Civ. 6024 (SHS)

                      Plaintiff,          :

       -against-                                          :        ORDER

COORS BREWING COMPANY,                       :

                      Defendant.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     Defendant's response to the petition is due on or before September 4, 2009; and

       2.     Plaintiff's reply is due on or before September 18, 2009.

Dated: New York, New York
       August 20, 2009

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.