Rachel E. Kramer
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
rkramer@foley.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
FINGERLAKES BOTTLING CO., INC.,          :
a New York Corporation,                             :
                                                                      :
                 Petitioner,          :          Civil Action No. 09-6024 (SHS)
                                                                      :          ECF Case
                -v-                     :
                                                                      :
COORS BREWING COMPANY,              :          **RULE 7.1 STATEMENT**
a Colorado Corporation,                            :
                                                                      :
                Respondents.      :
------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Coors Brewing Company, a private non-governmental party, certifies that Coors Brewing Company is a 100% subsidiary of Molson Coors Brewing Company, which is a publicly held company.

Dated:  New York, New York
       September 4, 2009                    Respectfully submitted,

                                           FOLEY & LARDNER LLP

                                           By: _____/s/_____
                                              Rachel E. Kramer
                                           90 Park Avenue
                                           New York, NY 10016-1314
                                           (212) 338-3545
                                           rkramer@foley.com